

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-15-00139-CR

Style:     Lature Robert Irvin v. The State of Texas

Date motion filed[*]:     July 28, 2015

Type of motion:     Motion for Substitution of Counsel

Party filing motion:     Appellant's new counsel Robert L. Sirianni, Jr. of Brownstone, P.A.

Document to be filed:     N/A

Is appeal accelerated?     No.

Ordered that motion is:

☑ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

The motion to substitute counsel is **granted**, but construed as a notice of appearance of lead counsel and the Clerk of this Court is directed to note Robert L. Sirianni, Jr. of Brownstone, P.A.'s appearance as lead counsel for appellant. *See* TEX. R. APP. P. 6.1(a), 6.2, 6.5(d). If counsel Kurt B. Wentz requests withdrawal, he must file a motion that complies with Rule 6.5(d).

Judge's signature: /s/ Laura C. Higley
     ☑ Acting individually     ☐ Acting for the Court

Date: August 11, 2015